IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUNNY SPICER,

    *Petitioner*,

v.                                    Case No.: 4:23cv195-MW/MAL

WARDEN GABBY,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 7, is **DISMISSED without prejudice** for failure to comply with a Court Order." The Clerk shall mail a copy of this Order to the addresses identified in footnote 1 in ECF No. 15 and close the file.

    **SO ORDERED on October 11, 2024.**

                                                      s/Mark E. Walker                
                                                      **Chief United States District Judge**